PER CURIAM.
AFFIRMED. See VanDiver v. Vincent, 139 So.2d 704 (Fla.2d DCA 1962); In re Estate of Kionka, 113 So.2d 603 (Fla.2d DCA 1959), affirmed, 121 So.2d 644 (Fla. 1960); also, Brodgon v. McBride, 75 So.2d 770 (Fla.1954); Osceola Fertilizer Co. v. Sauls, 98 Fla. 339, 123 So. 780 (1929), and Estate of Deem v. Shinn, 297 So.2d 611 (Fla. 4th DCA 1974).
ANSTEAD, BERANEK and HERSEY, JJ., concur.